B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### District of Utah

| | | | |
|---|---|---|---|
| In re | **Terry Ronald Johnson, Jr.,** | Case No. | **14-29804** |
| | **Charlotte Louise Johnson** | | |
| | Debtors, | Chapter | **7** |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 7,013.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 16,591.12 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 123,899.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 3,176.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,352.00 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 7,013.00 | | |
| Total Liabilities | | | | 140,490.83 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Utah

In re    **Terry Ronald Johnson, Jr.,**                          Case No. ___**14-29804**___
         **Charlotte Louise Johnson**

_____,     Chapter _____**7**_____
                              Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 46,120.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 46,120.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,176.00 |
| Average Expenses (from Schedule J, Line 22) | 4,352.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,814.84 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 11,351.12 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 123,899.71 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 135,250.83 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Utah

| In re | Terry Ronald Johnson, Jr. | | Case No. | **14-29804** |
|---|---|---|---|---|
| | **Charlotte Louise Johnson** | | | |
| | | Debtor(s) | Chapter | **7** |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $46,120.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $46,120.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,176.00 |
| Average Expenses (from Schedule J, Line 18) | $4,352.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $5,814.84 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $11,351.12 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $123,899.71 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $135,250.83 |

B6A (Official Form 6A) (12/07)

In re  **Terry Ronald Johnson, Jr.,**　　　　　　　　　　　　　　　　　Case No.　__14-29804__
　　　　**Charlotte Louise Johnson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** |  |

　__0__　continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Terry Ronald Johnson, Jr.,**          Case No.   __14-29804__
**Charlotte Louise Johnson**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal Checking: Mountain America Credit Union** | J | 0.00 |
| | | **Personal Checking: Mountain America Credit Union** | J | 0.00 |
| | | **Personal Savings: Mountain America Credit Union** | J | 5.00 |
| | | **Personal Savings: Mountain America Credit Union** | J | 5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bed & bedding**<br>**Location: In Debtor's possession** | J | 100.00 |
| | | **Kitchen Table $40, 4 Chairs $40**<br>**Location: In Debtor's possession** | J | 80.00 |
| | | **Dresser &20, Night Stand $20**<br>**Location: In Debtor's possession** | J | 40.00 |
| | | **2 Couches $100, 2 Television $150, Rug $20, Entertainment Center $50, 2 Lamps $10, Small Appliances $40, Pots & Pans $20, Dishes & Utensils $10, Iron & Ironing board $5, Printer $30, Bicycle $25, Fishing/ Camping Equipment $25, Barbecue $25, Table Saw $25, Tools $25**<br>**Location: In Debtor's possession** | J | 560.00 |
| | | **Sewing machine**<br>**Location: In Debtor's possession** | J | 25.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Sub-Total >        **815.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Terry Ronald Johnson, Jr.,**                                      Case No.    __14-29804__
     **Charlotte Louise Johnson**

                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 6. Wearing apparel. | | **Personal Clothing**<br>**Location: In Debtor's possession** | J | 300.00 |
| 7. Furs and jewelry. | | **Wedding Bands**<br>**Location: In Debtor's possession** | J | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Shotgun**<br>**Location: In Debtor's possession** | J | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k: Texas Teachers Retirement** | W | 98.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

                                                   Sub-Total >         **698.00**
                                          (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Terry Ronald Johnson, Jr.,**                                    Case No.    __14-29804__
       **Charlotte Louise Johnson**

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Mercury Marquis** **Location: In Debtor's possession** | W | 500.00 |
| | | **2005 Yamaha Motorcycle** **Location: In Debtor's possession** | H | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >          **5,500.00**
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Terry Ronald Johnson, Jr.,**
         **Charlotte Louise Johnson**
                       Debtors

Case No.   **14-29804**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 7,013.00 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6C (Official Form 6C) (4/13)

.

In re    **Terry Ronald Johnson, Jr.,**                                   Case No.   __14-29804__
         **Charlotte Louise Johnson**
                                                          ,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Bed & bedding** | **Utah Code Ann. §** | **100%** | **100.00** |
| **Location: In Debtor's possession** | **78B-5-505(1)(a)(viii)(E)** | | |
| **Kitchen Table $40, 4 Chairs $40** | **Utah Code Ann. § 78B-5-506(1)(b)** | **2,000.00** | **80.00** |
| **Location: In Debtor's possession** | | | |
| **Dresser &20, Night Stand $20** | **Utah Code Ann. § 78B-5-506(1)(a)** | **100.00** | **40.00** |
| **Location: In Debtor's possession** | | | |
| **2 Couches $100, 2 Television $150, Rug $20, Entertainment Center $50, 2 Lamps $10, Small Appliances $40, Pots & Pans $20, Dishes & Utensils $10, Iron & Ironing board $5, Printer $30, Bicycle $25, Fishing/ Camping Equipment $25, Barbecue $25, Table Saw $25, Tools $25 Location: In Debtor's possession** | **Utah Code Ann. § 78B-5-506(1)(a)** | **1,900.00** | **560.00** |
| **Sewing machine** | **Utah Code Ann. §** | **100%** | **25.00** |
| **Location: In Debtor's possession** | **78B-5-505(1)(a)(viii)(A)** | | |
| **Wearing Apparel** | | | |
| **Personal Clothing** | **Utah Code Ann. §** | **100%** | **300.00** |
| **Location: In Debtor's possession** | **78B-5-505(1)(a)(viii)(D)** | | |
| **Furs and Jewelry** | | | |
| **Wedding Bands** | **Utah Code Ann. § 78B-5-506(1)(d)** | **2,000.00** | **200.00** |
| **Location: In Debtor's possession** | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Shotgun** | **Utah Code Ann. § 78B-5-506(1)(e)** | **500.00** | **100.00** |
| **Location: In Debtor's possession** | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401k: Texas Teachers Retirement** | **Utah Code Ann. § 78B-5-505(1)(a)(xiv)** | **100%** | **98.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1994 Mercury Marquis** | **Utah Code Ann. § 78B-5-506(3)** | **3,000.00** | **500.00** |
| **Location: In Debtor's possession** | | | |
| **2005 Yamaha Motorcycle** | **Utah Code Ann. § 78B-5-506(3)** | **3,000.00** | **5,000.00** |
| **Location: In Debtor's possession** | | | |
| | Total: | **13,023.00** | **7,003.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Terry Ronald Johnson, Jr.,**                                          Case No.   __14-29804__
        **Charlotte Louise Johnson**
                                                                    ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. xxxxxxxxxxxxxxx | | | | 3/2009 | | | | | |
| **Creditor #: 1** **Capital One/ Furniture** **PO Box 30253** **Salt Lake City, UT 84130** | | J | | **Purchase Money Security** **Dresser &20, Night Stand $20** **Location: In Debtor's possession** | | | | | |
| | | | | Value $                    **40.00** | | | | **2,394.00** | **2,354.00** |
| Account No. xxxxxxxxxxx0091 | | | | 4/2012 | | | | | |
| **Creditor #: 2** **Capital One/Yamaha** **PO Box 30253** **Salt Lake City, UT 84130** | | H | | **Purchase Money Security** **2005 Yamaha Motorcycle** **Location: In Debtor's possession** | | | | | |
| | | | | Value $                  **5,000.00** | | | | **12,688.12** | **7,688.12** |
| Account No. xxx7285 | | | | | | | | | |
| **Asset Recovery Solutions** **2200 East Devon Ave. Ste. 200** **Des Plaines, IL 60018-4501** | | | | **Representing:** **Capital One/Yamaha** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. xxx7285 | | | | | | | | | |
| **Bureau Investment Group Portfolio** **1717 Central St.** **Evanston, IL 60201** | | | | **Representing:** **Capital One/Yamaha** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

__1__   continuation sheets attached

Subtotal
(Total of this page)    **15,082.12**    **10,042.12**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Terry Ronald Johnson, Jr.,**
       **Charlotte Louise Johnson**                                    Case No.  **14-29804**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxx1127** <br><br> **Stoneleigh Recovery Assoc.** <br> **PO Box 1479** <br> **Lombard, IL 60148** | | | | | **Representing:** <br> **Capital One/Yamaha** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. **xxxxxxxxx** <br><br> **Creditor #: 3** <br> **Comenity Bank/ Samuel** <br> **PO BOX 182789** <br> **Columbus, OH 43218** | | | J | | **7/2011** <br><br> **Purchase Money Security** <br><br> **Wedding Bands** <br> **Location: In Debtor's possession** <br> Value $              **200.00** | | | | **1,509.00** | **1,309.00** |
| Account No. <br><br><br><br><br> | | | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | | | <br><br><br><br> Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,509.00** | **1,309.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **16,591.12** | **11,351.12** |

B6E (Official Form 6E) (4/13)

In re    **Terry Ronald Johnson, Jr.,**                                                    Case No. ___**14-29804**_____
         **Charlotte Louise Johnson**
_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___  continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **Terry Ronald Johnson, Jr.,**
        **Charlotte Louise Johnson**
                                                                Case No.    **14-29804**
_____
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| **Creditor #: 1** **Internal Revenue Service \*** **Centralized Insolvency Operations** **P.O. Box 7346** **Philadelphia, PA 19101-5016** | | J | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Attorney General for United States \*** **950 Pennsylvania Ave, NW** **Room 4400** **Washington, DC 20530-0001** | | | Representing: **Internal Revenue Service \*** | | | | **Notice Only** | | |
| Account No. | | | Notice Only | | | | | | |
| **Creditor #: 2** **US Attorney, District of Utah \*** **David B. Barlow** **185 South State St. #400** **Salt Lake City, UT 84111-1506** | | J | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| **Creditor #: 3** **Utah State Tax Commission \*** **Attn: Bankruptcy Unit** **210 North 1950 West** **Salt Lake City, UT 84134** | | J | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |

Sheet  **1**   of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
|  |  | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
|  |  | 0.00 |

B6F (Official Form 6F) (12/07)

In re  **Terry Ronald Johnson, Jr.,**
       **Charlotte Louise Johnson**
                                                          Case No.   **14-29804**
_____
                              Debtors                         ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx**<br><br>**Creditor #: 1**<br>**ACS/Wells**<br>**501 Bleeker St.**<br>**Utica, NY 13501** | | J | 8/2007<br>**Goods and Services** | | | | 1,319.00 |
| Account No. **xxxxxxx**<br><br>**Creditor #: 2**<br>**Ameritech**<br>**12257 Business Park Dr**<br>**Suite 108**<br>**Draper, UT 84020** | | J | 6/2008<br>**Tuition** | | | | 3,922.59 |
| Account No.<br><br>**National Credit Systems**<br>**117 East 24th Street**<br>**New York, NY 10010** | | | **Representing:**<br>**Ameritech** | | | | Notice Only |
| Account No.<br><br>**Steven F. Allred**<br>**Law office of Steven F. Allred**<br>**3550 N. University Ave. #325**<br>**Provo, UT 84604** | | | **Representing:**<br>**Ameritech** | | | | Notice Only |

__15__  continuation sheets attached

Subtotal
(Total of this page)                          5,241.59

B6F (Official Form 6F) (12/07) - Cont.

In re **Terry Ronald Johnson, Jr.,**
      **Charlotte Louise Johnson**
                                                              Case No. ___**14-29804**___
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxx**<br><br>**Creditor #: 3**<br>**Capital One \***<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | | J | **11/2007**<br>**Goods and Services** | | | | **3,243.95** |
| Account No. **xxxx8012**<br><br>**AllianceOne Receivables**<br>**PO Box 3111**<br>**Southeastern, PA 19398** | | | **Representing:**<br>**Capital One \*** | | | | **Notice Only** |
| Account No.<br><br>**Capital One Bank (USA) N.A**<br>**P.O. Box 60599**<br>**City of Industry, CA 91716-0599** | | | **Representing:**<br>**Capital One \*** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxxxxx**<br><br>**Creditor #: 4**<br>**Capital One \***<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | | J | **7/2010**<br>**Goods and Services** | | | | **2,892.00** |
| Account No.<br><br>**Capital One Bank (USA) N.A**<br>**P.O. Box 60599**<br>**City of Industry, CA 91716-0599** | | | **Representing:**<br>**Capital One \*** | | | | **Notice Only** |

Sheet no. _**1**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,135.95**

B6F (Official Form 6F) (12/07) - Cont.

In re **Terry Ronald Johnson, Jr.,**
       **Charlotte Louise Johnson**

Case No. ___**14-29804**___

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxx** | | | 2/2006 | | | | |
| **Creditor #: 5** **Capital One *** **PO Box 30281** **Salt Lake City, UT 84130** | | J | **Goods and Services** | | | | 3,179.00 |
| Account No. | | | | | | | |
| **Capital One Bank (USA) N.A** **P.O. Box 60599** **City of Industry, CA 91716-0599** | | | **Representing:** **Capital One *** | | | | Notice Only |
| Account No. **xxxxxxxx** | | | 6/2013 | | | | |
| **Creditor #: 6** **Capital One Retail Services** **PO Box 60504** **City of Industry, CA 91716** | | J | **Goods and Services** | | | | 13,511.00 |
| Account No. **xxxxxxxx** | | | | | | | |
| **The Bureaus** **1717 Central St.** **Evanston, IL 60201-1507** | | | **Representing:** **Capital One Retail Services** | | | | Notice Only |
| Account No. **xxxxxxxxxxxxxxx** | | | 10/2007 | | | | |
| **Creditor #: 7** **Chase/ Bank One Card Services** **PO Box 15298** **Wilmington, DE 19850** | | J | **Goods and Services** | | | | 544.00 |

Sheet no. __**2**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,234.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry Ronald Johnson, Jr.,**                              Case No. _____**14-29804**_____
        **Charlotte Louise Johnson**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4086** <br> **Creditor #: 8** <br> **Chase/ Bank One Card Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | J | 10/2008 <br> **Goods and Services** | | | | 5,451.00 |
| Account No. **0089** <br> **Creditor #: 9** <br> **Diamond Elite** <br> **PO Box 659704** <br> **San Antonio, TX 78265** | | J | **Goods and Services** | | | | 1,349.08 |
| Account No. **3246** <br> **Creditor #: 10** <br> **Dynowatt** <br> **PO Box 4851** <br> **Houston, TX 77210** | | J | **Goods and Services** | | | | 157.12 |
| Account No. **xxxxxxxxxxxxxxxx** <br> **Creditor #: 11** <br> **Fed Loan Servicing** <br> **P.O. Box 69184** <br> **Harrisburg, PA 17106** | | J | 8/2012 <br> **Student Loan** | | | | 3,819.00 |
| Account No. **xxxxxxxxxxxxxxxx** <br> **Creditor #: 12** <br> **Fed Loan Servicing** <br> **P.O. Box 69184** <br> **Harrisburg, PA 17106** | | J | 8/2012 <br> **Student Loan** | | | | 2,795.00 |

Sheet no. __**3**___ of __**15**___ sheets attached to Schedule of            Subtotal          13,571.20
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry Ronald Johnson, Jr.,**                                    Case No. _____**14-29804**_____
　　　**Charlotte Louise Johnson**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxx | | | 8/2011 | | | | |
| Creditor #: 13 Fed Loan Servicing P.O. Box 69184 Harrisburg, PA 17106 | | J | Student Loan | | | | 8,028.00 |
| Account No. xxxxxxxxxxxxxxxxx | | | 8/2011 | | | | |
| Creditor #: 14 Fed Loan Servicing P.O. Box 69184 Harrisburg, PA 17106 | | J | Student Loan | | | | 5,498.00 |
| Account No. xxxxxxxxxxxxxxxxx | | | 5/2011 | | | | |
| Creditor #: 15 Fed Loan Servicing P.O. Box 69184 Harrisburg, PA 17106 | | J | Student Loan | | | | 4,131.00 |
| Account No. xxxxxxxxxxxxxxxxx | | | 5/2011 | | | | |
| Creditor #: 16 Fed Loan Servicing P.O. Box 69184 Harrisburg, PA 17106 | | J | Student Loan | | | | 2,754.00 |
| Account No. xxxxxxxxxxxxxxxxx | | | 8/2010 | | | | |
| Creditor #: 17 Fed Loan Servicing P.O. Box 69184 Harrisburg, PA 17106 | | J | Student Loan | | | | 4,306.00 |

Sheet no. __**4**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                24,717.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Terry Ronald Johnson, Jr.,**
　　　**Charlotte Louise Johnson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

Case No. ___**14-29804**___

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxxxxxxxxxx**<br><br>**Creditor #: 18**<br>**Fed Loan Servicing**<br>**P.O. Box 69184**<br>**Harrisburg, PA 17106** | | J | | | 8/2010<br>**Student Loan** | | | | 2,754.00 |
| Account No. **xxxxxxx**<br><br>**Creditor #: 19**<br>**GE Capital**<br>**PO BOX 965018**<br>**Orlando, FL 32896** | | J | | | 10/2012<br>**Goods and Services** | | | | 600.00 |
| Account No. **xxxxxxx**<br><br>**Cavalry Portfolio Services**<br>**500 Summit Lake Drive**<br>**Valhalla, NY 10595** | | | | | Representing:<br>**GE Capital** | | | | Notice Only |
| Account No. **xxxxxxxxxxxxx**<br><br>**Creditor #: 20**<br>**GE Capital Retail Bank**<br>**PO Box 960061**<br>**Orlando, FL 32896-0061** | | J | | | 6/2013<br>**Goods and Services** | | | | 383.00 |
| Account No.<br><br>**Portfolio Recovery Associates***<br>**120 Corporate Blvd**<br>**Norfolk, VA 23502-4962** | | | | | Representing:<br>**GE Capital Retail Bank** | | | | Notice Only |

Sheet no. __**5**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 3,737.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry Ronald Johnson, Jr.,**                                      Case No. _____**14-29804**_____
      **Charlotte Louise Johnson**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxx** <br><br> **Creditor #: 21** <br> **GECRB/ American Eagle** <br> **PO Box 965005** <br> **Orlando, FL 32896** | | J | **7/2010** <br> **Goods and Services** | | | | **188.00** |
| Account No. <br><br> **Syncb/ American Eagle** <br> **PO Box 965005** <br> **Orlando, FL 32896** | | | **Representing:** <br> **GECRB/ American Eagle** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx3453** <br><br> **Creditor #: 22** <br> **GECRB/Walmart** <br> **PO BOX 965024** <br> **Orlando, FL 32896** | | J | **8/2011** <br> **Goods and Services** | | | | **600.11** |
| Account No. <br><br> **Calvary Portfolio Services, LLC.** <br> **P.O. Box 27288** <br> **Tempe, AZ 85285-7288** | | | **Representing:** <br> **GECRB/Walmart** | | | | **Notice Only** |
| Account No. <br><br> **Financial Recovery Services** <br> **PO Box 385908** <br> **Minneapolis, MN 55438** | | | **Representing:** <br> **GECRB/Walmart** | | | | **Notice Only** |

Sheet no. __**6**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**788.11**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terry Ronald Johnson, Jr.,**                                    Case No. ___**14-29804**___
        **Charlotte Louise Johnson**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4043** <br><br> **Monach Recovery Management, Inc.** <br> **PO Box 21089** <br> **Philadelphia, PA 19114** | | | **Representing:** <br> **GECRB/Walmart** | | | | **Notice Only** |
| Account No. <br><br> **Syncb/ Walmart** <br> **PO Box 965024** <br> **Orlando, FL 32896** | | | **Representing:** <br> **GECRB/Walmart** | | | | **Notice Only** |
| Account No. **xxxx9583** <br><br> **Creditor #: 23** <br> **HSBC Bank Nevada NA** <br> **Portfolio Recovery Assoicates LLC** <br> **120 Coporate Blvd Suite 100** <br> **Norfolk, VA 23502** | | J | **6/2013** <br> **Goods and Services** | | | | **3,662.99** |
| Account No. <br><br> **HSBC Card Services** <br> **PO Box 60501** <br> **City of Industry, CA 91716** | | | **Representing:** <br> **HSBC Bank Nevada NA** | | | | **Notice Only** |
| Account No. <br><br> **Orchard Bank** <br> **PO Box 49308** <br> **San Jose, CA 95161** | | | **Representing:** <br> **HSBC Bank Nevada NA** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. _**7**___ of _**15**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **3,662.99** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Terry Ronald Johnson, Jr.,**
       **Charlotte Louise Johnson**
_____,
                    Debtors

Case No. ____**14-29804**____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Portfolio Recovery Associates\*** <br>**120 Corporate Blvd** <br>**Norfolk, VA 23502-4962** | | | | | Representing: <br>**HSBC Bank Nevada NA** | | | | **Notice Only** |
| Account No. **xxx4848** <br><br>**Rausch, Sturm, Israel, Enerson & Hornik** <br>**922 W Baxter Dr., Suite I 30** <br>**South Jordan, UT 84095** | | | | | Representing: <br>**HSBC Bank Nevada NA** | | | | **Notice Only** |
| Account No. **xxx-xxxxx5719** <br>**Creditor #: 24** <br>**Intermountain Healthcare** <br>**PO Box 30192** <br>**4646 W Lake Blvd** <br>**Salt Lake City, UT 84130** | | | J | | Medical | | | | **399.67** |
| Account No. **xxx-xxxx7113** <br>**Creditor #: 25** <br>**Intermountain Healthcare** <br>**PO Box 30192** <br>**4646 W Lake Blvd** <br>**Salt Lake City, UT 84130** | | | J | | Medical | | | | **187.37** |
| Account No. **xxxxxx60-35** <br><br>**IC Systems, Inc.** <br>**444 Hwy 96 East** <br>**P.O. Box 64887** <br>**Saint Paul, MN 55164-0887** | | | | | Representing: <br>**Intermountain Healthcare** | | | | **Notice Only** |

Sheet no. __**8**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**587.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry Ronald Johnson, Jr.,**                                           Case No. _____**14-29804**_____
     **Charlotte Louise Johnson**
_____,
                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3292**<br><br>**Creditor #: 26**<br>**Intermountain Medical Group**<br>**PO Box 34578**<br>**Seattle, WA 98124** | | J | Medical | | | | 188.62 |
| Account No. **xxx-xxx0027**<br><br>**Creditor #: 27**<br>**Intermountain Medical Group**<br>**PO Box 34578**<br>**Seattle, WA 98124** | | J | Medical | | | | 255.93 |
| Account No. **xxx-xxx3292**<br><br>**Creditor #: 28**<br>**Intermountain Medical Group**<br>**PO Box 34578**<br>**Seattle, WA 98124** | | J | Medical | | | | 191.15 |
| Account No. **xxx0027**<br><br>**Creditor #: 29**<br>**Intermountain Medical Group**<br>**PO Box 34578**<br>**Seattle, WA 98124** | | J | Medical | | | | 383.42 |
| Account No. **x2998**<br><br>**Creditor #: 30**<br>**J. Scott Raymond, MD**<br>**550 E. 1400 N. P**<br>**Logan, UT 84341** | | J | Medical | | | | 44.66 |

Sheet no. __**9**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal             | **1,063.78**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry Ronald Johnson, Jr.,**                                                            Case No.    **14-29804**
      **Charlotte Louise Johnson**
_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2998**<br><br>**Creditor #: 31**<br>**J. Scott Raymond, MD**<br>**550 E. 1400 N. P**<br>**Logan, UT 84341** | | J | Medical | | | | 184.66 |
| Account No.<br><br>**Creditor #: 32**<br>**Logan Dental Associates**<br>**40 W. Cache Valley Blvd. #2A**<br>**Logan, UT 84341** | | J | Medical | | | | 209.40 |
| Account No. **xxxxxxxxx7643**<br><br>**Creditor #: 33**<br>**My Community Federal Credit Union**<br>**600 W. Lousiana**<br>**Austin, TX 78701** | | J | 6/2012<br>Goods and Services | | | | 7,678.43 |
| Account No. **xxxxxxxxxxxxxx**<br><br>**Creditor #: 34**<br>**Nelnet***<br>**PO Box 2970**<br>**Omaha, NE 68103-2970** | | J | 12/2013<br>Student Loan | | | | 4,500.00 |
| Account No.<br><br>**Department of Education***<br>**PO Box 371834**<br>**Pittsburgh, PA 15250-7834** | | | Representing:<br>Nelnet* | | | | **Notice Only** |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of                    Subtotal                    |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)       **12,572.49**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry Ronald Johnson, Jr.,**                              Case No. ___**14-29804**___
      **Charlotte Louise Johnson**
_____,
                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxx** <br><br> **Creditor #: 35** <br> **Nelnet\*** <br> **PO Box 2970** <br> **Omaha, NE 68103-2970** | | J | **12/2013** <br> **Student Loan** | | | | **6,000.00** |
| Account No. <br><br> **Department of Education\*** <br> **PO Box 371834** <br> **Pittsburgh, PA 15250-7834** | | | Representing: <br> Nelnet\* | | | | **Notice Only** |
| Account No. **xxx8841** <br><br> **Creditor #: 36** <br> **Odessa Physicians Associates, PLLC** <br> **3107 Stirling Rd. #300** <br> **Fort Lauderdale, FL 33312** | | J | **10/2012** <br> **Medical** | | | | **908.00** |
| Account No. <br><br> **Caledonia Financial Services, LLC** <br> **Optimal Billing Solutions, LLC** <br> **PO Box 189005** <br> **Fort Lauderdale, FL 33318** | | | Representing: <br> **Odessa Physicians Associates, PLLC** | | | | **Notice Only** |
| Account No. <br><br> **Patient Account Services** <br> **5100 W. Copans Rd. #500** <br> **Pompano Beach, FL 33063** | | | Representing: <br> **Odessa Physicians Associates, PLLC** | | | | **Notice Only** |

Sheet no. __**11**__ of __**15**__ sheets attached to Schedule of                              Subtotal                              **6,908.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry Ronald Johnson, Jr.,**                          Case No.    **14-29804**
      **Charlotte Louise Johnson**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0159** | | | Medical | | | | |
| **Creditor #: 37** **Odessa Regional Medical Center** **520 E. 6th St.** **Odessa, TX 79761** | | J | | | | | **3,480.00** |
| Account No. | | | | | | | |
| **First Financial Investment Fund III, LLC** **230 Peachtree St. NW #1500** **Atlanta, GA 30303** | | | Representing: **Odessa Regional Medical Center** | | | | **Notice Only** |
| Account No. **xxxx3731** | | | | | | | |
| **JC Christensen and Associates** **PO Box 519** **Sauk Rapids, MN 56379** | | | Representing: **Odessa Regional Medical Center** | | | | **Notice Only** |
| Account No. | | | Goods and Services | | | | |
| **Creditor #: 38** **Pendlebury Law Office, PA** **151 N. Ridge  #260** **Idaho Falls, ID 83402** | | J | | | | | **4,890.01** |
| Account No. **xxxxxxxxxxx5749** | | | Medical | | | | |
| **Creditor #: 39** **Permian Premier Health Services, Inc.** **PO Box 277719** **Atlanta, GA 30384** | | J | | | | | **152.38** |

Sheet no. __**12**__ of __**15**__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)      **8,522.39**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry Ronald Johnson, Jr.,**
       **Charlotte Louise Johnson**
_____,
                                    Debtors

Case No. _____**14-29804**_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxx0358 | | | | Medical | | | | |
| Creditor #: 40 Permian Premier Health Services, Inc. PO Box 277719 Atlanta, GA 30384 | | J | | | | | | 31.62 |
| Account No. xxxx34 JH | | | | Goods and Services | | | | |
| Creditor #: 41 Rossman & Company PO Box 29917 Columbus, OH 43229 | | J | | | | | | 157.12 |
| Account No. 39-01 | | | | Goods and Services | | | | |
| Creditor #: 42 Sarah Giacovelli Giacovelli Law 6806 S. 1300 E. Salt Lake City, UT 84121 | | J | | | | | | 4,150.43 |
| Account No. xxxxxxxxxxxxxx | | | | 11/2010 Goods and Services | | | | |
| Creditor #: 43 Syncb/ Old Navy PO Box 965005 Orlando, FL 32896 | | J | | | | | | 596.00 |
| Account No. xxxxxxxxxxxxxxxx | | | | 2/2005 Student Loan | | | | |
| Creditor #: 44 Utah Higher Educations- UHEAA PO Box 145110 Salt Lake City, UT 84114 | | J | | | | | | 1,317.00 |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,252.17

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry Ronald Johnson, Jr.,**
       **Charlotte Louise Johnson**
                                                                    Case No.    **14-29804**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxxxxxxx | | | | 2/2005 | | | | |
| Creditor #: 45 Utah Higher Educations- UHEAA PO Box 145110 Salt Lake City, UT 84114 | J | | | Student Loan | | | | |
| | | | | | | | | 676.00 |
| Account No. xxxxxxxxxxxxxxxx | | | | 3/2008 | | | | |
| Creditor #: 46 Utah Higher Educations- UHEAA PO Box 145110 Salt Lake City, UT 84114 | J | | | Student Loan | | | | |
| | | | | | | | | 1,459.00 |
| Account No. xxxxxxxxxxxxxxxx | | | | 3/2008 | | | | |
| Creditor #: 47 Utah Higher Educations- UHEAA PO Box 145110 Salt Lake City, UT 84114 | J | | | Student Loan | | | | |
| | | | | | | | | 2,122.00 |
| Account No. xxxxxxxxxxxxxxxx | | | | 9/2007 | | | | |
| Creditor #: 48 Utah Higher Educations- UHEAA PO Box 145110 Salt Lake City, UT 84114 | J | | | Student Loan | | | | |
| | | | | | | | | 1,459.00 |
| Account No. xxxxx-xxxx-xxx2819 | | | | Goods and Services | | | | |
| Creditor #: 49 Virtual Radiologic Professionals, LLC 11995 Singletree Ln. Eden Prairie, MN 55344 | J | | | | | | | |
| | | | | | | | | 328.00 |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,044.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry Ronald Johnson, Jr.,**
       **Charlotte Louise Johnson**                                Case No.  **14-29804**
_____,
                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CMRE Financial Services**<br>**3075 E. Imperial Hwy, Suite 200**<br>**Brea, CA 92821** | | | **Representing:**<br>**Virtual Radiologic Professionals, LLC** | | | | **Notice Only** |
| Account No. **xxxxxxxx1527**<br>**Creditor #: 50**<br>**Wells Fargo Dealer Services/Wachovia**<br>**PO Box 3117**<br>**Winston Salem, NC 27102-3117** | | J | **6/2012**<br>**Goods and Services** | | | | **6,862.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **6,862.00** |
| Total<br>(Report on Summary of Schedules) | | **123,899.71** |

B6G (Official Form 6G) (12/07)

In re    **Terry Ronald Johnson, Jr.,**    Case No. ___**14-29804**_____
     **Charlotte Louise Johnson**

_____ ,
            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Catalyst**<br>**664 N. Main St.**<br>**Logan, UT 84321** | **Rental Contract** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Terry Ronald Johnson, Jr.,**                                         Case No.     __14-29804_____
         **Charlotte Louise Johnson**

_____,
                              Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Terry Ronald Johnson, Jr.** |
| Debtor 2 (Spouse, if filing) | **Charlotte Louise Johnson** |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (If known) | **14-29804** |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                            12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:       Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | **Business Office Manager** |
| Employer's name | | **Sunshine Terrace Foundation** |
| Employer's address | | **248 W. 300 N.**<br>**Logan, UT 84321** |
| How long employed there? | | **9/2013- Current** |

### Part 2:       Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ **0.00** | $ **2,954.00** |
| 3. | Estimate and list monthly overtime pay. | 3.  +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.  $ **0.00** | $ **2,954.00** |

Debtor 1 **Terry Ronald Johnson, Jr.**
Debtor 2 **Charlotte Louise Johnson**

Case number (*if known*) **14-29804**

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | | $ 0.00 | $ 2,954.00 |
| **5.** **List all payroll deductions:** | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ 0.00 | $ 222.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | | $ 0.00 | $ 326.00 |
| 5f. **Domestic support obligations** | 5f. | | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | | $ 0.00 + | $ 0.00 |
| **6.** **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 0.00 | $ 548.00 |
| **7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 0.00 | $ 2,406.00 |

**8.** **List all other income regularly received:**

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 310.00 | $ 460.00 |
| 8d. **Unemployment compensation** | 8d. | | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | | $ 0.00 + | $ 0.00 |
| **9.** **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 310.00 | $ 460.00 |
| **10.** **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 310.00 + | $ 2,866.00 = | $ 3,176.00 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ 0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ 3,176.00

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Terry Ronald Johnson, Jr.** |
| Debtor 2 (Spouse, if filing) | **Charlotte Louise Johnson** |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (If known) | **14-29804** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                            12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Your Household**

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   　　■ No

   　　☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   ☐ Yes. Fill out this information for each dependent..........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **7** | ☐ No ■ Yes |
| **Son** | **8** | ☐ No ■ Yes |
| **Daughter** | **9** | ☐ No ■ Yes |
| **Daughter** | **11** | ☐ No ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

**Part 2:**   **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 950.00 |

If not included in line 4:

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 20.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Terry Ronald Johnson, Jr.**

Debtor 2   **Charlotte Louise Johnson**                                      Case number (if known)   **14-29804**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 20.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 391.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 130.00 |
| 10. | **Personal care products and services** | | 10. $ | 20.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 40.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 92.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: **Student Loans** | 17c. $ | 589.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income*** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. $ | 4,352.00 |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 3,176.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 4,352.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -1,176.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re  **Terry Ronald Johnson, Jr.**
       **Charlotte Louise Johnson**
                                          Case No.  **14-29804**
                              Debtor(s)   Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 30, 2014**           Signature  **/s/ Terry Ronald Johnson, Jr.**
                                                   **Terry Ronald Johnson, Jr.**
                                                   Debtor

Date  **September 30, 2014**           Signature  **/s/ Charlotte Louise Johnson**
                                                   **Charlotte Louise Johnson**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of Utah

In re    **Terry Ronald Johnson, Jr.**
**Charlotte Louise Johnson**
_____
Debtor(s)

Case No.    **14-29804**
Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $19,787.70 | Debtor YTD: Fisher Home Furnishings |
| $62,488.84 | Debtor 2013: Big Sur Waterbeds, Inc., Fisher Enterprise, Inc. |
| $88,722.97 | Debtor 2012: Big Sur Waterbeds, Inc. |
| $20,949.57 | Joint Debtor YTD: Sunshine Terrace Foundation |
| $9,353.45 | Joint Debtor 2013: Sunshine Terrace Foundation., Health Fitness Corp., Sports Academy, Inc., Ector Country. |
| $6,845.21 | Joint Debtor 2012: IHC Health Services, Inc., Ector County |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Portfolio Recovery Associates Case No.: 149101467** | **Debt Collection** | **First Judicial District Court, State of Utah** **Cache County - Logan** | **Judgment** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wells Fargo Dealer Services/Wachovia**<br>**PO Box 3117**<br>**Winston Salem, NC 27102-3117** | 2/2014 | **2012 Mazda3** |
| **My Community Federal Credit Union**<br>**600 W. Lousiana**<br>**Austin, TX 78701** | 8/2013 | **2012 Chevrolet Suburban** |

---

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Berry & Tripp** | **09/16/2014** | **$465.00** |
| **United States Bankruptcy Court** | **09/16/2014** | **$335.00** |
| **Urgent Credit Counseling, Inc** | **09/08/2014** | **$16.00** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank** | **Checking** | **10/2013** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
5

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 2735 E. 8th St. #60<br>Odessa, TX 79761 | | 3/2012- 6/2013 |
| 343 S. 100 W. #204<br>Pleasant Grove, UT 84062 | | 1/2011- 3/2012 |
| 1549 N. 540 W. #101<br>Logan, UT 84327 | | 1/2013- 5/2013 |

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**April Whitehurst**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

B7 (Official Form 7) (04/13)
6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

**None**
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

**None**
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

**None**
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

**None**
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

**None**
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS |
|------|---------|

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-----------------------|

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **September 30, 2014**          Signature   **/s/ Terry Ronald Johnson, Jr.**
                                                    **Terry Ronald Johnson, Jr.**
                                                    Debtor

Date   **September 30, 2014**          Signature   **/s/ Charlotte Louise Johnson**
                                                    **Charlotte Louise Johnson**
                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Utah

In re   **Terry Ronald Johnson, Jr.**
      **Charlotte Louise Johnson**

Case No.   **14-29804**

Debtor(s)     Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Capital One/ Furniture** | **Describe Property Securing Debt:**<br>**Dresser &20, Night Stand $20**<br>**Location: In Debtor's possession** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Capital One/Yamaha** | **Describe Property Securing Debt:**<br>**2005 Yamaha Motorcycle**<br>**Location: In Debtor's possession** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Comenity Bank/ Samuel** | **Describe Property Securing Debt:**<br>**Wedding Bands**<br>**Location: In Debtor's possession** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 |
|---|

B8 (Form 8) (12/08)                                                                                                    Page 3

| Lessor's Name:<br>-NONE- | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |
| --- | --- | --- |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September 30, 2014**              Signature  **/s/ Terry Ronald Johnson, Jr.**

                                                      **Terry Ronald Johnson, Jr.**
                                                      Debtor


Date  **September 30, 2014**              Signature  **/s/ Charlotte Louise Johnson**

                                                      **Charlotte Louise Johnson**
                                                      Joint Debtor